# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1]<br><br>    Debtors.<br>_____<br><br>CarePoint Captive Assurance Company, LLC<br><br>    Appellant,<br><br>v.<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al., Official Committee of Unsecured Creditors, and Hudson Regional Hospitals, LLC<br><br>    Appellees. | Chapter 11<br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered)<br><br><br><br>U.S. District Court<br><br>Civil Action No. 1:25-cv-00534-JLH |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF CAREPOINT HEALTH SYSTEMS INC. D/B/A JUST HEALTH FOUNDATION, ET AL.

Pursuant to Federal Rule of Bankruptcy Procedure 8012(b), the above-captioned debtors (the "Debtors") make the following disclosure:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

The following Debtor entities are subject to this appeal: (i) Bayonne Intermediate Holdco, LLC; (ii) Benego CarePoint, LLC; (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC; (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health; (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation; (vii) CH Hudson Holdco, LLC; (viii) Christ Intermediate Holdco, LLC; (ix) Evergreen Community Assets; (x) Hoboken Intermediate Holdco, LLC; (xi) Hudson Hospital Holdco, LLC; (xii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital; (xiii) HUMC Holdco, LLC; (xiv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center; (xv) IJKG, LLC; (xvi) Just Health MSO, LLC; (xvii) Quality Care Associates, LLC ; (xviii) Sequoia BMC Holdco, LLC; and (xix) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center.

Debtor CarePoint Health Systems Inc. d/b/a Just Health Foundation is the direct or indirect parent corporation as to all other Debtor entities.  A chart depicting the Debtors' corporate ownership is attached hereto as **Exhibit A**.

There is no publicly held corporation that owns 10% or more of any Debtor entity's stock.

| | |
|---|---|
| Dated: June 5, 2025 | **DILWORTH PAXSON LLP** |
| | /s/ Peter C. Hughes |
| | Peter C. Hughes (DE 4180) |
| | 800 N. King Street, Suite 202 |
| | Wilmington, DE 19801 |
| | Telephone:   302-571-9800 |
| | Facsimile:   302-571-8875 |
| | Email:         phughes@dilworthlaw.com |
| | and |
| | /s/ Peter C. Hughes |
| | Lawrence G. McMichael (Admitted *pro hac vice*) |
| | Peter C. Hughes (DE 4180) |
| | Anne M. Aaronson (Admitted *pro hac* vice) |

|  |
|---|
| Jack Small (Admitted *pro hac vice*)<br>1650 Market St., Suite 1200<br>Philadelphia, PA 19103<br>Telephone:   (215) 575-7000<br>Facsimile:   (215) 754-4603<br>Email:         lmcmichael@dilworthlaw.com<br>Email:         phughes@dilworthlaw.com<br>Email:         aaaronson@dilworthlaw.com<br>Email:         jsmall@dilworthlaw.com<br><br>*Counsel for the Debtors* |

#125046733v1