# Exhibit A

## Corporate Ownership Chart

12834944



# CAREPOINT HEALTH SYSTEMS INC.
## CORPORATE OWNERSHIP STRUCTURE

Notes:
D– Debtor
ND – Non-Debtor