**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., | ) | Bankruptcy Case No. 24-12534-JKS |
| d/b/a Just Health Foundation, et al., | ) | Bankr. BAP No. 25-0023 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| CAREPOINT HEALTH CAPTIVE | ) | |
| ASSURANCE COMPANY, LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-534-JLH |
| | ) | |
| CAREPOINT HEALTH SYSTEMS INC. | ) | |
| d/b/a Just Health Foundation, et al., | ) | |
| OFFICIAL COMMITTEE OF UNSECURED | ) | |
| CREDITORS and HUDSON REGIONAL | ) | |
| HOSPITALS, LLC, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## <u>ORDER</u>

At Wilmington, Delaware, this **9th day of June 2025,**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through

mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing

schedule (agreed to by the parties):

1. Appellant's Opening Brief shall be filed on July 31, 2025.

2. Appellees' Answering Brief shall be filed 45 days after the Opening Brief is filed, no later than September 15, 2025.

3. Appellant's Reply Brief shall be filed 14 days after Appellees' Answering Brief is filed, no later than September 29, 2025.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE