# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> CAREPOINT HEALTH SYSTEMS INC., <br> d/b/a Just Health Foundation, et al., <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Bk. No. 24-12534 (JKS) <br> ) Bk. BAP No. 25-00023 <br> ) <br> ) |
| CAREPOINT HEALTH CAPTIVE <br> ASSURANCE COMPANY, LLC, <br><br> Appellant, <br><br> v. <br><br> CAREPOINT HEALTH SYSTEMS INC., <br> d/b/a Just Health Foundation, et al., <br> OFFICIAL COMMITTEE OF <br> UNSECURED CREDITORS, and <br> HUDSON REGIONAL HOSPITALS, LLC, <br><br> Appellees. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 25-534-JLH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

At Wilmington, this 17th day of June 2025, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule (agreed to by the parties):

1. Appellant's brief in support of the appeal is due on or before **July 31, 2025.**

2. Appellees' brief in opposition to the appeal is due on or before **September 15, 2025.**

3. Appellant's reply brief is due on or before **September 29, 2025.**

_____
The Honorable Jennifer L. Hall
United States District Judge