# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CAREPOINT HEALTH SYSTEMS INC.,<br>d/b/a JUST HEALTH FOUNDATION, *et al.*,<br>　　　　　Debtors. | Chapter 11<br><br>Case. No. 24-12534 (JKS)<br><br>(Jointly Administered) |
| CAREPOINT CAPTIVE ASSURANCE COMPANY, LLC,<br><br>　　　　　Appellant,<br>　　v.<br>CAREPOINT HEALTH SYSTEMS INC.,<br>d/b/a JUST HEALTH FOUNDATION, *et al.*,<br>　　　　　Appellees. | Civil Action No. 25-534-JLH |

## ORDER

At Wilmington, this 29th day of October 2025:

WHEREAS, on May 1, 2025, appellant CarePoint Captive Assurance Company, LLC ("Appellant") filed its Notice of Appeal (D.I. 1) with respect to the Bankruptcy Court's April 17, 2025 Order confirming a plan of reorganization in the chapter 11 cases of CarePoint Health Systems, Inc. *d/b/a* Just Health Foundation and certain of its affiliates (collectively, the "Debtors," and together with the Official Committee of Unsecured Creditors and Hudson Regional Hospitals, LLC, the "Appellees");

WHEREAS, on June 17, 2025, the Court issued an order (D.I. 7) (the "Scheduling Order") setting a briefing schedule with respect to the merits of the appeal, which required Appellant to file an opening brief no later than July 31, 2025;

WHEREAS, on July 24, 2025, the parties filed a stipulation (D.I. 8) (the "Stipulation") pursuant to which they agreed to extend the deadlines contained in the Scheduling Order, including extending Appellant's deadline to file its opening brief to September 16, 2025;

WHEREAS, on July 28, 2025, the Court approved the parties' Stipulation to extend the briefing schedule (D.I. 9) (the "Amended Scheduling Order");

WHEREAS the docket reflects that Appellant has failed to file an opening brief in support of its appeal, and has further failed to file a motion or other request seeking a further extension of the deadlines contained in the Amended Scheduling Order;

WHEREAS, on September 29, 2025, Appellees filed a motion to dismiss the appeal pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(4) based on Appellant's failure to comply with the Amended Scheduling Order (D.I. 10) (the "Motion to Dismiss");

WHEREAS Appellant's deadline to respond to the Motion to Dismiss was October 14, 2025;

WHEREAS the docket reflects that Appellant has filed no opposition or other response to the Motion to Dismiss;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion to Dismiss (D.I. 10) is GRANTED as unopposed.

2. The appeal is DISMISSED.

3. The Clerk is directed to CLOSE Civ. No. 25-534-JLH.

                                                                               The Honorable Jennifer L. Hall
United States District Judge